**Electronically Filed
Supreme Court
SCPW-24-0000782
20-MAY-2025
12:50 PM
Dkt. 15 ODDP**

SCPW-24-0000782

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

CHRIS SLAVICK,
Petitioner,

vs.

THE HONORABLE JAMES S. KAWASHIMA,
Judge of the Circuit Court of the First Circuit,
State of Hawaiʻi, Respondent Judge,

and

STATE OF HAWAIʻI, Respondent.

_____

ORIGINAL PROCEEDING
(CASE NO. 1PR161000004)

ORDER DENYING PETITION FOR WRIT OF MANDAMUS
(By: Recktenwald, C.J., McKenna, Eddins, Ginoza, and Devens, JJ.)

Upon consideration of the petition for writ of mandamus filed November 19, 2024, the answer filed on April 30, 2025, and the record, Petitioner has not demonstrated a clear and indisputable right to relief, nor a lack of alternative means to obtain the relief sought. See Womble Bond Dickinson (US) LLP v. Kim, 153 Hawaiʻi 307, 319, 537 P.3d 1154, 1166 (2023).

It is ordered that the petition is denied.

DATED: Honolulu, Hawaiʻi, May 20, 2025.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens